1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

8
9

UNITED STATES OF AMERICA,

CASE NO. 05CR2002WQH

Plaintiff,

ORDER

vs.

CHRISTIAN RODRIGUEZ-URIBE,

Defendant.

13
14   HAYES, Judge:

15          On July 24, 2007, Defendant moved this Court to Compel counsel for Defendant to turn over

16   all records and filed pertaining to his case. (Doc. # 24).  Defendant represents that he has made

17   numerous requests for the return of files and that counsel has constantly refused to turn over the

18   records.  On September 4, 2007 this Court ordered "defense counsel to file a written response to

19   Defendant's MOTION to compel defense counsel to turn over all records and files . . . no later than

20   9/21/2007.  Clerk shall serve this order on Federal Defenders." (Doc # 26).

21          Having received no response from defense counsel, IT IS HEREBY ORDERED that

22   Defendant's Motion to Compel Defense Counsel to turn over all Records and files (Doc. # 24) is

23   granted.  Defendant Counsel shall comply with this order within 30 days of the date of this order.

24   DATED:  September 28, 2007

25

**WILLIAM Q. HAYES**
United States District Judge

26
27
28